IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH LEE AARON, #270303, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:12cv186-WHA |
| | ) |
| SHARON PRICE, et al., | ) (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #15), entered on May 3, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DISMISSED without prejudice to afford the Petitioner an opportunity to exhaust all state court remedies available to him.

DONE this 30th day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE