IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RALPH LEE AARON, #270303,          )
                                   )
            Petitioner,            )
                                   )
vs.                                )   CIVIL ACTION NO. 2:12cv186-WHA
                                   )
SHARON PRICE, et al.,              )              (WO)
                                   )
            Respondents.           )

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED without prejudice.

DONE this 30th day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE